# CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Jennifer W. Sprengel, one of the attorneys for plaintiffs, hereby certify that on December 21, 2005, 2005, service of the ***Amended Consolidated Class Action Complaint*** was accomplished pursuant to ECF as to Filing Users.

s/ Jennifer W. Sprengel
Jennifer W. Sprengel